UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GARRETT AVANS, JR.,           )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )   Civil Action No. 08 1488<br>                              )<br>KIRK D. WILLIAMS and          )<br>SHAWN C. WHITAKER,            )<br>                              )<br>        Defendants.           )  | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 26 Aug 2008